UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLE FOWLKES,                           Plaintiff,

-v-

STRUCTURAL IRON WORKERS UNION 40,
DANNY DOYLE BA, KEVEN OROURKE-BA,
EDMOND DAVID EMPLOYEE, OTHER MEN
WILL BE NOTED AT TIME OF COURT,        Defendant.

Case No. 08-CIV-1914(LAK)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

___Defendants___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: May 9, 2008

Signature of Attorney
JOHN GROARKE

Attorney Bar Code: JG 9031

Form Rule7_1.pdf  SDNY Web 10/2007