UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
COLE FOWLKES,                                          :    Civil Action No.:
                                                       :    08- CV 1914 (LAK)
             Plaintiff,                              :
                                                       :
  - against -                                         :
                                                       :    **AFFIDAVIT OF SERVICE**
STRUCTURAL IRON WORKERS                                :
UNION 40- DANNY DOYLE- BA-                             :
KEVEN OROURKE-BA-EDMOND                                :
DAVID-EMPLOYEE-OTHER MEN                               :
WILL BE NOTED AT TIME OF COURT                         :
                                                       :
             Defendants,                             :
-------------------------------------------------------------X

STATE OF NEW YORK)
                ) ss.:
COUNTY OF NASSAU )

        JOAN CANCELLIERI, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over eighteen (18) years of age and resides in West Hempstead, New York 11552.

        On May 8, 2008, Deponent served the within **ANSWER** upon the following party in this action, at the address indicated below, which address has been designated by said party for that purpose by depositing a true copy of same enclosed in a post-paid addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:    COLE FOWLKES, Pro Se
        376 Forest Street
        Kearny, N.J. 07032

                                    _____
                                      JOAN CANCELLIERI

Sworn to before me this
9th day of May, 2008.

_____
NOTARY PUBLIC

STEPHANIE SUAREZ
Notary Public, State of New York
No. 4671861
Qualified in Suffolk County
Commission Expires 8/31/2010