Index #08-CIV-1914(LAK)
5/9/08

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Rule 7.1 Statement and Answer was made by me⁽¹⁾ | DATE June 26, 2008 at 12:40 PM |
| NAME OF SERVER (PRINT) Thomas M. Arleo | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 376 Forest Street, Kearny, NJ 07032
Cole Fowlkes a/k/a Collette Fowlkes

☒ Left copies thereof at the defendant's dwelling house ~~xxxxxxxxxxxxxxxxxxx~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Faitema Fowlkes - Relative
Desc: Black Female, Black Hair, 32 yrs., 5'5, 160 lbs, Pregnant

☐ Returned unexecuted:

Also by mailing a copy 6/27/08

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 27, 2008
                    Date                    Signature of Server

Thomas M. Arleo
Huntington NY
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. [illegible]1219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.