UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COLE FOWLKES,

                Plaintiff,

   - against -

STRUCTURAL IRON WORKERS
UNION 40 - DANNY DOYLE - BA -
KEVEN OROURKE

                Defendants.
------------------------------------------------------------------X

Civil Action No.:
08 CV 1914

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that on behalf of Defendants, IRON WORKERS LOCAL UNION NO. 40 ("UNION"), incorrectly sued as STRUCTURAL IRON WORKERS-UNION 40 and DANNY DOYLE, KEVIN O'ROURKE, incorrectly sued as KEVEN OROURKE, the undersigned attorney appears as co-counsel of record.

    **PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

    I certify that I am admitted to practice in this Court.

Dated: Garden City, New York
       July 14, 2008

                             Respectfully submitted,

                             COLLERAN, O'HARA & MILLS L.L.P.
                             Attorneys for Defendants IRON WORKERS LOCAL UNION NO. 40, DANNY DOYLE and KEVIN O'ROURKE

                             By: _____
                             ERIN O. DOHERTY (ED 8455)
                             1225 Franklin Avenue, Suite 450
                             Garden City, New York 11530
                             (516) 248-5757
                             eod@cohmlaw.com

TO:   COLE FOWLKES, Pro Se
      c/o F. Fowlkes
      376 Forest Street
      Kearny, New Jersey 07032