UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

COLE FOWLKES,

                             Plaintiff,                  08 Civ. 1914 (LAK) (DF)

              -against-                     **SCHEDULING ORDER**

STRUCTURAL IRON WORKERS UNION
LOCAL 40, et al.,

                            Defendants.
-------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held an initial in-person conference on July 29, 2008 with Plaintiff *pro se* and counsel for defendants Structural Iron Workers Union ("the Union"), Daniel Doyle and Kevin O'Rourke; it is hereby ORDERED as follows:

1.     Plaintiff shall serve his initial disclosures pursuant to Rule 26(a) no later than August 19, 2008.

2.     All parties shall serve initial document requests and interrogatories (which may exceed the scope permitted by Local Civil Rule 33.3) no later than August 29, 2008.

3.     Any motion to amend the Complaint or to join additional parties shall be made no later than October 15, 2008.

4. The Court will hold a status conference on October 6, 2008 at 10:00 a.m., in Courtroom 17A, at the Courthouse at 500 Pearl Street, New York, New York.

Dated: New York, New York
August 5, 2008

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Mr. Cole Fowlkes
376 Forest St.
Kearny, NJ 07032

John Groarke, Esq.
Colleran, O'Hara & Mills L.L.P.
1225 Franklin Avenue, Suite 450
Garden City, NY 11530